# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ronald Alcorn, et al.,
*dba Highland Park Amoco*

    Plaintiffs,       Civil 04-120 (PAM/JSM)

v.              **ORDER OF DISMISSAL**

BP Products North America, Inc.,
*a Maryland corporation,*

    Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November   30  , 2006

                s/Paul A. Magnuson
                Paul A. Magnuson**,** Judge
                United States District Court